UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

|  |  |  |
|---|---|---|
|  |  | STRICKEN PER DE[42] |
| **MICHIANA DAIRY PR0CESSORS, LLC** | ) |  |
|  | ) |  |
| Plaintiff. | ) | No. 2: 09-CV-039 PPS |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| **ALL STAR BEVERAGES, INC. and ROGER MOHLMAN, AMERICAN WATER STAR, INC., ALLSTAR BEVERAGE OF ARIZONA, INC., GEYSER BEVERAGES, INC. HAWAIIAN TROPICALS, INC., DONNA MOHLMAN, JOHN DOE, AND JANE DOE.** | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

**ATTORNEY IVAN B. SCHWARTZ'S RESPONSE TO ORDER TO SHOW CAUSE**

Comes now Attorney Ivan B. Schwartz**,** and for his Response to Order to Show Cause, states as follows:

Attorney Ivan Schwartz filed his Application to Appear Pro Hac Vice on March 12, 2009, which was granted by the Court on March 18, 2009.  Subsequent to that filing the requisite paperwork was mailed to CMF/EF Registration in South Bend, Indiana.  While awaiting approval to file electronically, Corporate Defendants found local counsel who was going to file an appearance and handle the electronic filings until the paperwork was processed.

Upon receiving the Court's Order to Show Cause the local counsel was contacted regarding filing their appearance.  A previously unknown conflict was discovered and additional local counsel was obtained on June 16, 2009, her information is as follows:

Rebecca L. Wyatt
MEYER & WYATT, P.C.
363 South Lake Street
Gary, IN  46403
Telephone: (219) 938-0800
Facsimile: (219) 939-3070
E-Mail Address: rwyatt@meyerwyattpc.com

 All necessary, subsequent paperwork has been submitted to CM/ECF and complete compliance should be obtained immediately.

 WHEREFORE, Attorney Ivan Schwartz, requests this Honorable Court to accept his compliance with the CM/ECF filing requirements.

         Respectfully submitted,


         /s/ Ivan B. Schwarz_____
         Ivan B. Schwartz
         501 West Broadway, Suite 1780
         San Diego, California  92101
         Telephone (619) 687-5052
         Fax.    (619) 239-1297
         Attorney for the Defendant, All Star Beverages, Inc.

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on the 17th day of June 2009, a true and complete copy  of this Response to Order to Show Cause was filed electronically with the court and was served electronically to:

 Michael W. Back
 Michael W. Back, PC
 One Professional Center, Suite 204
 2110 North Main Street
 Crown Point IN 46307
 AttyMWBAck@aol.com

Michael W. Back
Michael W. Back, PC
One Professional Center, Suite 204
2110 North Main Street
Crown Point IN 46307
fcarpenter@nwicllc.com

Donna Mohlman, pro se
8550 W. Desert Inn, Suite 102-151
Las Vegas NV 89117

/s/ Ivan B. Schwartz_____
Ivan B. Schwartz