UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:09-CV-039 PPS |
| ) | |
| ALL STAR BEVERAGE, INC., ROGER ) | |
| MOHLMAN, AMERICAN WATER STAR, INC., ) | |
| ALL STAR BEVERAGE OF ARIZONA, INC., ) | |
| GEYSER BEVERAGES, INC., HAWAIIAN ) | |
| TROPICALS, INC., DONNA MOHLMAN, JOHN ) | |
| DOE and JANE DOE, ) | |
| ) | |
| Defendants. ) | |

## **WITHDRAWAL OF APPEARANCE**

Frederick L. Carpenter hereby withdraws his appearance on behalf of Plaintiff, Michiana Dairy Processors, LLC, pursuant to Local Rule 83.8(c).

Frederick L. Carpenter has accepted a new position of employment with Daniel L. Freeland & Associates, P.C.  Michael W. Back has previously filed his appearance on behalf of Plaintiff and Plaintiff will continue to be represented by Michael W. Back.

Respectfully submitted,

\_\_\_\_July 21, 2009\_\_\_\_                              s/Frederick L. Carpenter\_\_\_\_\_
Date                                                              Frederick L. Carpenter
                                                                        Attorney No. 25520-45
                                                                        **Daniel L. Freeland & Associates, P.C.**
                                                                        9105 Indianapolis Boulevard
                                                                        Highland, IN 46322
                                                                        Tel: (219) 922-0800
                                                                        Fax: (219) 922-1261
                                                                        Email: fcarpenter@dfreeland.com

**CERTIFICATE OF SERVICE**

      I certify that on the 21st day of July, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

      Ivan B. Schwartz

Notice has been delivered by U.S. Mail or other means to:

      Donna Mohlman
      8550 W. Desert N. Road, Suite 102-151
      Las Vegas, NV 89117

**Michael W. Back, P.C.**

By:    /s/Frederick L. Carpenter