Donna Mohlman, Pro Se
Donna Mohlman
8550 W. Desert Inn Rd. #102-151
Las Vegas, Nevada 89117
Telephone (702) 858-7063

**FILED**

NOV 23 2009

At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA

Original

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS, LLC | ) |
| | ) CASE NO. 2:09-cv-00039-PPS-PRC |
| Plaintiff, | ) Judge Paul R. Cherry, Presiding |
| | ) |
| v. | ) **DEFENDANT DONNA MOHLMAN'S** |
| | ) **INTERROGATORIES, SET ONE,** |
| ROGER MOHLMAN, et al., | ) **PROPOUNDED TO PLAINTIFF** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| AND RELATED CROSS-ACTIONS | ) |
| | ) |

PROPOUNDING PARTY:   DONNA MOHLMAN

RESPONDING PARTY:   MICHIANA DAIRY PROCESSORS, LLC

SET: ONE

Comes Now, Donna Mohlman, Pro Se Litigant Defendant/Cross-Complainant, Pursuant to LR 26.2(e), and propounds the following INTERROGATORIES to MICHIANA DAIRY PROCESSORS, LLC, files the same with the court and demands response under oath within thirty (30) days from the date of service, pursuant to and in accordance with Rule 33 of the Federal Rules of Civil Procedure, at 8550 W. Desert Inn Rd. #102-151, Las Vegas, Nevada 89117. Fed. R. Civ. P. 33, *et seq*.

1

## DEFINITIONS

The following capitalized terms and definitions shall apply to the interrogatories herein:

A. The term "DOCUMENTS" means "any designated documents or electronically stored information--including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations--stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form." Fed. R. Civ. P. 34(a)(1)(A). The definition includes but is not limited to, accountings, calculations, reports, letters, correspondence, telegrams, cables, telexes, e-mail, messages, memoranda, notes, records, summaries, reports, analyses, studies, manuals, notebooks, calendars, appointment books, diaries, time sheets, logs, files, binders, brochures, pamphlets, manuscripts, bulletins, circulars, drawings, charts, diagrams, facsimiles, schedules, graphs, contracts, checks, canceled checks, booklets, bills, minutes, financial statements, tapes, discs, photographs, recordings, x-rays, video tapes, computer printouts, forms, abstracts, agreements, statements, lists, ledgers, deposit and withdrawal receipts, invoices, evaluations, statistics, licenses, advertisements, computer data, certificates, permits, cost sheets, expense accounts, vouchers and all other forms of correspondence, written communication and writings

Without limiting the generality of the foregoing, which defines the term DOCUMENTS to the full extent allowed by the discovery scope limits of Rule 26(b) of the Federal Rules of Civil Procedure, the term specifically includes discoverable information contained or described in any reports by or other communications from any investigator or other that may qualify as an expert on any subject relevant to the facts and/or other issues in dispute in the above-entitled action (whether or not the person has been or will be designated as an expert in this case), where such reports and/or communications are made, in whole or part, in the form of a DOCUMENT.

See Fed. R. Civ. P. 26(b) ("Parties may obtain discovery regarding any non-privileged matter that is relevant to any party's claim or defense . . . . Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence.").

B. The terms "YOU" and "YOUR" refer to MICHIANA DAIRY PROCESSORS, LLC its officers, partners, directors, agents, employees, representatives, attorneys or anyone acting on behalf of the corporation

C. The term "MICHIANA" means the Indiana Limited Liability Company, Michiana Dairy Processors, LLC, and its managers, members, employees and agents.

D. The term "DMOHLMAN" means DONNA MOHLMAN,

E. The term "CONTRACT" means the contract alleged in plaintiff's complaint, paragraph 5, which was purportedly executed between Plaintiff and Defendant ROGER MOHLMAN AND STAR BEVERAGES on June 13, 2003.

E. The term "CORPORATE DEFENDANTS" means the corporations named as defendants herein: AMWS (Prime Star Group, Inc.), All Star Beverages of Arizona, Inc., Geyser Beverages, Inc., Hawaian Tropicals, Inc. and any managers, agents, employees, assigns or others acting on behalf of said CORPORATE DEFENDANTS.

F. The term "MOHLMAN" means defendant ROGER MOHLMAN.

G. The term "DMOHLMAN" means defendant DONNA MOHLMAN.

H. "COMMUNICATE," "COMMUNICATED," "COMMUNICATION" or "COMMUNICATIONS" refers to every manner or means of disclosure, transfer, exchange of information, whether orally or in writing, whether face-to-face, or whether by telephone, electronic, email, mail, fax, or any other method.

I. The terms "AND" and "OR" shall be construed either disjunctively or

conjunctively, or both, as necessary to bring with the scope of any request all responses which might otherwise construed to be outside the scope.

K. "CLAIMS" or "CONTENTION" refers to all of allegations contained in plaintiff's Verified Complaint.

L. The term "PERSON" or "PERSONS" means any individual (natural person), corporation, organization, association, partnership, limited partnership, limited liability company, firm, joint venture, trust, governmental body, agency, governing board, department or division, or any other entity.

M. "IDENTIFY" means to describe the requested information to the fullest extent possible, which would include, but is not limited to, furnishing such information as would enable Defendant to issue a subpoena for any PERSON and information, DOCUMENT, or thing that may be in the possession of any PERSON identified in YOUR response to that interrogatory.

## INTERROGATORIES (SET ONE)

### Interrogatory No. 1.:

Identify each and every date of correspondence with DMOHLMAN regarding the contract with Michiana as stated in paragraph 5 of the amended complaint.

### Interrogatory No. 2.:

State all facts which support your contention that DMOHLMAN was responsible for your having "invested and spent significant sums of money, over 33.9 million dollars" in performance of the contract as alleged in paragraph 19 of your complaint.

### Interrogatory No. 3.:

IDENTIFY each and every occurrence in which DMOHLMAN "recklessly lulled

Plaintiff" into a false sense of security as stated in paragraph 69 of your complaint.

**Interrogatory No. 4.:**

IDENTIFY all stolen funds and assets which support plaintiff's allegations as stated in paragraphs 64, 65 and 66 of your complaint.

**Interrogatory No. 5.:**

IDENTIFY all locations you contend DMOHLMAN hid stolen funds and assets as alleged in paragraph 64, 65 and 66 of your complaint.

**Interrogatory No. 6.:**

IDENTIFY each and every creditor you allege DMOHLMAN hid assets from in paragraph 59 of your complaint.

**Interrogatory No. 7.:**

IDENTIFY each and every time any manager, member, employee or agent of Michiana Diary Processors, LLC has posted comments on Investorshub.com, Yahoo.com or other financial "blogs" or "boards" regarding Donna Mohlman, her minor son, Roger Mohlman or the companies named in this lawsuit.

**Interrogatory No. 8.:**

IDENTIFY all facts which support your contention that the conduct of DMOHLMAN was "intentional and intended to harm MICHIANA" as alleged in paragraph 62 of your complaint.

**Interrogatory No. 9.:**

IDENTIFY each and every partner, manager or member of Michiana Dairy Processors, LLC from the date of its inception to present, the days they owned membership interest, the amounts contributed to obtain that interest, the reasons (if applicable) they are no longer

MICHIANA v. MOHLMAN, et al.  
Defendant Donna Mohlman's Interrogatories to Plaintiff [Set One]  
2:09-cv-000390PPS-PRC  
5

members and the percentage of membership interest held by each.

### Interrogatory No. 10.:

IDENTIFY each and every law you contend DMOHLMAN violated in paragraph 28, and 39 of your complaint.

### Interrogatory No. 11.:

IDENTIFY all facts which support you answer to Interrogatory No. 10.

### Interrogatory No. 12.:

IDENTIFY all the person or persons YOU allege DMOHLMAN corresponded with regarding the alleged contract dated June 13, 2003 in 2003, 2004, 2005, 2006, 2007, 2008 and 2009.

### Interrogatory No. 13.:

Give the names and addresses of every financial institution where Michiana Dairy Processors, LLC has had a bank account.

### Interrogatory No. 14.:

IDENTIFY all 1099's and W-2's issued by YOU to any persons employed by YOU in 2003.

### Interrogatory No. 15.:

IDENTIFY the location of assets YOU allege DMOHLMAN hid as stated in paragraph 53 of complaint.

### Interrogatory No. 16.:

IDENTIFY the transfers YOU allege DMOHLMAN made as alleged in paragraph 53.

### Interrogatory No. 17.:

IDENTIFY the banking institution(s) that the 33.9 million dollars was withdrawn from

to produce product as alleged in paragraph 19 of your complaint.

**Interrogatory No. 18.:**

IDENTIFY all PERSONS with knowledge of the facts alleged in your Complaint against DMOHLMAN.

**Interrogatory No. 19.:**

IDENTIFY the name and addresses of each and every individual, corporation, partnership, trust, limited liability company or other entity that loaned money to Michiana Dairy Processors, LLC.

**Interrogatory No. 20.:**

IDENTIFY all financial agreements made by YOU and any other individuals and/or companies to produce over 33.9 million dollars of product.

**Interrogatory No. 21.:**

IDENTIFY all business licenses and /or permits obtained by YOU to do business as a water bottling facility in Gary, Indiana.

**Interrogatory No. 22.:**

IDENTIFY all persons either YOU contacted or were contacted by YOU regarding DMOHLMAN.

**Interrogatory No. 23.:**

IDENTIFY all damage YOU have suffered as a result of the actions of DMOHLMAN as alleged in your Complaint.

**Interrogatory No. 24.:**

Who operated the mini-sipp pouch machine at Michiana Dairy Processors, LLC and what was their training?

MICHIANA v. MOHLMAN, et al.
Defendant Donna Mohlman's Interrogatories to Plaintiff [Set One]
7
2:09-cv-000390PPS-PRC

**Interrogatory No. 25.:**

Have any of the managers, members, employees or agents of Michiana Diary Processors, LLC every been known under the alias Sky-King?

Dated this the 21st day of November, 2009.

> Respectfully submitted,
> Donna Mohlman, pro se
>
> */s/ Donna Mohlman*
>
> Donna Mohlman
> 8550 W. Desert Inn Road, Suite 102-151
> Las Vegas, Nevada 89117
> 702-858-7063
> donnamohlman@msn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st November, 2009, a true and complete copy of the above and foregoing was mailed to:

Michael W. Back
Michael W. Back, P.C.
5521 W Lincoln Hwy, Suite 103
Crown Point, Indiana 46307

Ivan B Schwartz
Law Offices of Ivan B Schwartz
501 West Broadway Suite 1780
San Diego, CA 92101

James B Meyer
Meyer & Wyatt PC
363 South Lake Street
Gary, IN 46403

Rebecca Wyatt

Meyer & Wyatt PC
363 South Lake Street
Gary, IN 46403

*Donna Mohlman* (signature)

Donna Mohlman