Donna Mohlman
8550 W. Desert Inn Rd #102-151
Las Vegas, Nevada 89117
(702)858-7063

December 26, 2009

Michael W. Back
Michael W. Back, PC
5521 West Lincoln Highway, Suite 103
Crown Point, IN 46307

Dear Mr. Back,

I am in receipt of your client's answers to PLAINTIFFS RESPONSE TO DEFENDANTS DONNA MOHLMAN'S INTEROGATORIES, SET ONE and DEFENDANTS REQUEST FOR PRODUCTION OF DOCUMENTS. In regards to the Request for Production, you have expressed that you need additional time to produce the documents. This letter is to respectfully request you produce the documents ten days from receipt of this letter, or by January 7, 2010.

Your client stated in a sworn affidavit to this court that all books and records were located in Lake County so therefore it should not be difficult to have a copy service come in and copy this information.

Concerning PLAINTIFFS RESPONSE TO DEFENDANTS DONNA MOHLMAN'S INTEROGATORIES, SET ONE, please include all contact information for the witnesses you claim in Interrogatory No. 18. This list seems to have grown and changed from the list provided previously and quite frankly I have no idea who most of these people are or their association with All Star or myself.

Once again as a courtesy and with respect to the court I am giving you 10 days to turn everything over that I am entitled to have under Federal Rule of Civil Procedure 34. Everything I asked for is within the scope of Rule 26B.

Sincerely,

*Donna Mohlman*

Donna Mohlman

1

cc: The Honorable Clerk
United States District Court
Northern District of Indiana—Hammond Division
5400 Federal Plaza
Hammond, IN 46320

Ivan B. Schwartz, Esq.
501 W. Broadway, Suite 1780
San Diego, California 92101

James B. Meyer
Rebecca L. Wyatt
Meyer & Wyatt, P.C.
363 South Lake Street
Gary, Indiana 46403