## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| MICHIANA DAIRY PROCESSORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:09-CV-039 PRC |
| | ) | |
| ALL STAR BEVERAGE, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT, HAWAIIAN TROPICALS, INC.'S INTERROGATORIES, SET ONE

Comes Now Plaintiff, Michiana Dairy Processors by counsel, and for its Response to Defendant, Hawaiian Tropicals, Inc.'s Interrogatories, Set One, Propounded to Plaintiff states as follows:

### Interrogatory No. 1.:

Support all facts YOU rely on in support of paragraph 54 of SAC.

RESPONSE No. 1: Plaintiff has not had the opportunity to perform meaningful discovery or, even after repeated demands and requests and court orders obtain the financial documents and other discovery from the original parties, however, Plaintiff believes that Donna Mohlman was involved in a scheme and conspiracy to siphon off funds from certain defendant corporations, and the defendant corporations as a whole, by cashing checks to which she was not entitled nor for which she had provided goods or services, and obtaining funds for employees and leased equipment, neither of which she or her related entities provided. Further, Donna Mohlman participated in the scheme of setting up the series of corporate entities as part of this scheme to obtain those monies.

RESPONSE No. 6:    Donna Mohman knew to be false the representations she made and that the actions she took and are complained of were improper and were illegal.

**Interrogatory No. 7.:**

State all facts YOU rely on in support of paragraph 61 of the SAC.

RESPONSE No. 7:    Donna Mohlman actively hid her real authority and position and her conduct as well as the fact that she was improperly and illegally taking corporate funds.

**Interrogatory No. 8.:**

State all facts YOU rely on in support of paragraph 62 of the SAC.

RESPONSE No. 8: As part of the scheme involving Donna Mohlman, the defendant corporations and others, Donna Mohlman actively hid from Plaintiff, and entities like Plaintiff, her real authority and position and her conduct as well as the fact that she was improperly and illegally taking corporate funds.

**Interrogatory No. 9.:**

State all facts YOU rely on in support of paragraph 68 of the SAC.

RESPONSE No. 9:    By her scheme and conduct and failure to disclose as previously herein set forth, Donna Mohlman caused Plaintiff to enter into the original contract and not earlier seek collection efforts.

**Interrogatory No. 10.:**

State all facts YOU rely on in support of paragraph 69 of the SAC.

RESPONSE No. 10:    By her scheme and conduct and failure to disclose as previously herein set forth, Donna Mohlman caused Plaintiff to enter into the original contract and not earlier seek collection efforts and to give the impression to the world that the corporate defendants were legitimate business enterprises when she continued to siphon off assets improperly and illegally.

**Interrogatory No. 11.:**

State all facts YOU rely on in support of paragraph 72 of the SAC.

RESPONSE No. 11:    Plaintiff relied on the stated and implied false representations of Donna Mohlman through the corporate entities and Roger Mohlman.

**Interrogatory No. 12.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 54 of the SAC.

RESPONSE No. 12:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 13.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 56 of the SAC.

RESPONSE No. 13:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 14.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 57 of the SAC.

RESONSE No. 14:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 15.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 58 of the SAC.

RESPONSE No. 15:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 16.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 59 of the SAC.

RESPONSE No. 16:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 17.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 60 of the SAC.

RESPONSE No. 17:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 18.:**

        IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of

paragraph 61 of the SAC.

        RESPONSE No. 18:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory 19.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 62 of the SAC.

RESPONSE No. 19:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 20.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 68 of the SAC.

RESPONSE No. 20:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

 Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 21.:**

IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 69 of the SAC.

RESPONSE No. 21:

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

**Interrogatory No. 22.:**

     IDENTIFY all PERSONS with knowledge of the facts YOU rely on in support of paragraph 72 of the SAC.

     RESPONSE No.22

Donna Mohlman,

Roger Mohlman,

Ivan Schwartz,

Erick Nelson,

Neil Fribley,

 Mary Krevosh,

Daniel Beckett,

Leonard Kowalewski,

Richard Mesnick,

Dr. Mark DeBruin ,

Arthur de Joya,

Ruby Madera,

Jens Dalsgaard,

Paul W. Mockridge,

Michael Zuilkowski,

Beverlee Kamerling,

Breton A. Bocchieri,

Jason Porter,

Kathrin Runkle,

Paul Runkle,

Michael R. Mushkin,

Jason Porter,

Robert Skach,

Stacy Skach,

James A. Page,

John Wessman,

Brian G. Hanneman,

John Peter Lee,

Kirby Wells,

Jeffery L. Burr,

Kendal Simpson.

Wendell Neeley and

Richard Wroblewski

## VERIFICATION

I verify and believe under the penalties for perjury that the above and foregoing representations are true and complete to the best of my knowledge and belief.

_____  12/22/09

NEIL FRIBLEY on behalf of MICHIANA    DATE
DAIRY PROCESSORS, LLC


Respectfully submitted,

By:_____
MICHAEL W. BACK (#3676,45)
Attorney for the Plaintiff

**Michael W. Back, P.C.**
5521 West Lincoln Highway
Suite 103
Crown Point, IN  46307
Telephone:  219/750-9304
Facsimile:  219/750-9329
Email: mback@mbacklaw.com