Ivan B. Schwartz, *PRO HAC VICE*
**LAW OFFICES OF IVAN B. SCHWARTZ**
501 W. Broadway, Suite 1780
San Diego, California 92101

Telephone: (619) 687-5052

Attorneys for Defendants/Cross-Complainants
ALL STAR BEVERAGES, INC., *et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS, LLC | ) CASE NO. 2:09-cv-00039-PPS-PRC |
| | ) Judge Paul R. Cherry |
| Plaintiff, | ) |
| | ) *AMENDED* NOTICE OF TAKING OF |
| v. | ) **ORAL DEPOSITION OF CORPORATE** |
| | ) **PLAINTIFF   [FRCP 30(b)(6)]** |
| ROGER MOHLMAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| AND RELATED CROSS-ACTIONS | ) |
| _____ | ) |

**TO ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant All Star Beverage, through their attorney of record, Law Offices of Ivan B. Schwartz, will take the oral deposition of the 30(B)(6)representative of plaintiff, beginning at 9:00 a.m. **on THURSDAY JANUARY 21, 2010,** under oath, before a certified court reporter, at the Ramada Inn and Conference Center Hammond, 4141 S. Calumet Avenue, 141st St & Calumet Avenue Hammond, IN 46320-1132. The deposition will continue until concluded, not to exceed seven (7) hours.

Plaintiff's representative(s) [FRCP 30(b)(6)] need to testify on the following:

    a. Plaintiff's operations and capabilities at the time the contract with defendant was allegedly entered into (6-13-2003).

1

b. Plaintiff's financial condition at the time the alleged contract was entered into (6-13-2003), including plaintiff's financing arrangements.

c. Plaintiff's damages resulting from corporate defendant's breach of the alleged contract.

d. Negotiations with and procurement of the alleged contract with Roger Mohlman.

A list of all parties or attorney for parties on whom this notice of deposition is served is shown on the attached proof of service.

Dated: this the 14th day of January, 2010.

                               **LAW OFFICES OF IVAN B. SCHWARTZ**

by: *[signature: Ivan Schwartz]*
Ivan B. Schwartz, Attorney for Corporate Defendant
ALL STAR BEVERAGE, *et al.*

MICHIANA DAIRY PROCESSORS, INC. v. ROGER MOHLMAN, *et al*
USDC Northern Indiana, Hammond District Case No. CASE NO. 2:09-cv-00039-PPS-PRC

**PROOF OF SERVICE (1013A, 2015.5 C.C.P)**

I, the undersigned, declare:

I am, and was at the date and time of service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause.  My business address is 501 West Broadway, Suite 1780 San Diego, CA 92101, and I am employed in San Diego, California.

I served the foregoing documents:

**AMENDED NOTICE OF PLAINTIFF'S RUULE 30(b)(6) DEPOSITION**

on the date herein below shown, by

(  ) **BY MAIL** - placing for collection and deposit in the United States Koll Center 501 West Broadway, Suite 1780 San Diego, CA 92101, to each addressee I placed such envelope with postage fully prepaid on the respective envelopes, addressed to:

(  ) **BY FEDEX TRACKING NO.**

**Michael W. Back, Esq.
5521 W. Lincoln Hwy, Suite 103
Crown Point, IN 46307
Fax: (219) 750-9239**

( XX ) **BY FAX** - I served such documents by fax from San Diego, CA, to the fax number provided by each of the parties in this litigation - SEE ABOVE.  I received a confirmation sheet indicating that the fax was successfully completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  ExecutedJanuary 14, 2010, at San Diego, California.


DATED: January 14, 2010                LAW OFFICES OF IVAN B. SCHWARTZ


                                       *[signature: Ivan Schwartz]*

                                       Ivan B. Schwartz, Attorney for
                                       CORPORATE DEFENDANTS/CROSS-COMPLAINANTS

---