# IVAN B. SCHWARTZ
*Attorney at Law*

| | |
|---|---|
| *San Diego Office* | *Imperial County Office* |
| **The Koll Center** | **Plaza Paisano Center** |
| **501 West Broadway, Suite 1780** | **350 West 2nd Avenue** |
| **San Diego, CA 92101** | **Calexico, CA 92231** |
| **Telephone (619) 687-5052** | **Telephone (760) 357-1212** |
| **Facsimile: (619) 239-1297** | **Facsimile  (760) 357-1250** |

Reply to: **SAN DIEGO**
Author's E-mail: ibsesq@aol.com

January 14, 2010

Michael W. Back, Esq.
5521 W. Lincoln Hwy, Suite 103
Crown Point, IN 46307
Sent Via Fax (219) 750-9329 & email to AttyMWBack@aol.com

cc:
Donna Mohlman
8550 W. Desert Inn Road, Suite 102-151
Las Vegas, NV 89117
***Sent Via e-mail to DonnaMohlman@msn.com***

   RE:   Michiana Dairy v. All-Star Beverage & Mohlman, *et al*.    Case No. 2:09-cv-39

Dear Mr. Back:

This letter follows yours of this afternoon.

1. Production of Documents.

I understand that Ms. Mohlman is FedEx'ing each of us her documents responsive to plaintiff's request for production. Further, since some of the documentation includes personal financial information, e.g. tax returns, I would expect that those documents will not be posted electronically.

Regarding you statement on p.1, that, "both (myself) and Ms. Mohlman already have hard copies of all discovery responses", does this mean that Plaintiff has produced ***all documents*** which are responsive to Corporate Defendants' request for production? Please confirm.

2. Depositions.

I agree to continue Ms. Mohlman's deposition until a date mutually convenient to all. Ms. Mohlman informed me that she agrees to have her deposition continued as well. Of course, by that time, we each will have had ample opportunity to review her entire document production. Finally, Ms. Mohlman's rescheduled deposition will be taken in Las Vegas.
ichael Back, Esq.

January 14, 2010
Page 2

      Since Ms. Mohlman's deposition has been continued, I agree that we should move up Plaintiff's 30(b)(6) deposition to Thursday, January 21st at 9:00 a.m. Attached, Please find an amended notice for the 30(b)(6) deposition. It should be up on Pacer by COB tomorrow.

      Finally, as to Mr. Lasco, I am sorry I am unable to accommodate any request to postpone this deposition without <u>written confirmation from a physician that Mr. Lasco will not be able to provide meaningful deposition testimony as a result of a "medical issue" at any time between 1/20 & 1/21/10</u>. I am more than happy to schedule Mr. Lasco's deposition *any time* Wednesday, 1/20, Thursday 1/21 or Friday 1/22. I reasonably expect his deposition to last less than one hour. As you have previously agreed to accept service and cooperate in arranging Mr. Lasco's presence at a deposition , I expect you will arrange for either his presence or proof of his unavailability.

**My e-mail to you 10/15:**

    Please confirm Mr. Lasco's mailing address. I will mail the notice directly to his address, however, I expect you to also inform Mr. Lasco of the new date as well once you have received my notice. Remember, he will still be under the original subpoena. Once you have *confirmed in writing that I have your cooperation in this regard*, the October 28th deposition of Lasco is off.

**Your e-mail to me 10/18:**

    Mr. Lasco receives his mail at 10110 Randolf Street, Crown Point, IN 46307. I will be happy to forward a copy of the new coordinated date to him and, as Mr. Schwartz indicated, he will also send notice to Mr. Lasco. I believe all of the requirements set forth by Mr. Schwartz are now met, and the subpoena and notice of deposition to Mr. Lasco are withdrawn.

      I am looking forward to meeting you in person next Wednesday and obtaining these critical depositions. Should you have any questions or comments, please feel free to contact my office. Should you become aware of <u>any reason</u> why any of the scheduled witnesses will not be appearing or why any of the depositions will not be able to proceed as scheduled, please contact my office immediately.

                Very Sincerely Yours,
                LAW OFFICES OF IVAN B. SCHWARTZ

                Ivan B. Schwartz
                Attorney at Law

IS:abm
Encls - Amended 30(b)(6) notice
cc: Rebecca Wyatt, Esc.