UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MICHIANA DAIRY PROCESSORS, LLC<br>Plaintiff,<br>v.<br>ALL STAR BEVERAGE, INC. and<br>ROGER MOHLMAN, AMERICAN<br>WATER STAR, INC., ALL STAR<br>BEVERAGE OF ARIZONA, INC.,<br>GEYSER BEVERAGES, INC.,<br>HAWAIIAN TROPICALS, INC.,<br>DONNA MOHLMAN<br><br><br><br>Defendants<br><br>_____<br><br>ALL STAR BEVERAGE, INC. AMERICAN<br>WATER STAR, INC., ALL STAR<br>BEVERAGE OF ARIZONA, INC.,<br>GEYSER BEVERAGES, INC.,<br>HAWAIIAN TROPICALS, INC.,<br>AND DONNA MOHLMAN<br>Counter-Claimants,<br>v.<br>MICHIANA DIARY PROCESSORS, LLC<br>Counter-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO: No. 2:09-CV-039 PRC<br>Honorable Paul R. Cherry<br><br><br><br><br><br>DEFENDANT/COUNTER<br>PLAINTIFF DONNA<br>MOHLMAN'S RESPONSE<br>TO PLAINTIFF/COUNTER<br>DEFENDANT MICHIANA DAIRY<br>PROCESSORS, LLC  FIRST<br>REQUEST FOR PRODUCTON |

**DEFENDANT/COUNTER-PLAINTIFF'S  RESPONSE TO PLAINTIFF COUNTER-DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

To: All of the Plaintiffs & Counter-Defendants, by and through their attorney, Michael Back, Michael W. Back, P.C., 5521 W. Lincoln Highway, Suite 103, Crown Point, Indiana 46307.

Come now Defendants/Counter-Plaintiff Donna Mohlman, pursuant to LR 26e and hereby files with this Honorable Court her response to Plaintiff/Counter Defendant's first request for production of documents.

Donna Mohlman's Response to Michiana Dairy Processors' Request for Production, Page 1

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

Defendant Donna Mohlman objects to the proposed definitions and instructions to the extent they seek to impose obligations and requirements that exceed those set forth in the rules and applicable law.

Defendant Donna Mohlman objects to the definitions of "defendants" to include "its employees, attorneys, agents, representatives or any of them." The term Defendant shall be construed to mean the named party, Donna Mohlman. If plaintiff has a request to propound to or from some other particular person or entity, then plaintiff can name and identify the individual or entity. Defendant Donna Mohlman will not be held to knowing who plaintiff has in mind or intend, and if plaintiff has any particular person or entity in mind, then plaintiff can name and identify the individual or entity which they mean or intend in their document request.

Defendant Donna Mohlman objects to the proposed definition of "document"; the proposed definition is the usual and proverbial litigator's canned litany not geared or edited to this lawsuit. The proposed definition itself specifies individual items and categories of documents, and therefore operates as a built-in document request, further rendering the definition impracticable and unwieldy and unhelpful and providing less guidance than utter over broadness and burdensomeness. Defendant Donna Mohlman shall construe the term fairly and in accord with its ordinary meaning, and consistent with the rules, and common sense.

Defendant Donna Mohlman objects to the instructions; objections and responses will be stated and production made in accord with the rules and not in accord with plaintiff's instructions.

All Responsive documents will be produced to Plaintiff at the office of Attorney Michael Back.

## DOCUMENT REQUESTS

1. Petitions, amended petitions and final orders and/or decrees relative to the divorce of Roger and Donna Mohlman.

    Objection. The request is overly broad and burdensome, not defined by topic or time, and therefore also seeks irrelevant information and documents not reasonably calculated to lead to the discovery of admissible evidence, and fails to describe with reasonable particularity an individual item or category. Subject to and without waiver of the foregoing objections, Defendant will produce all responsive documents in her control.

2. For calendar years 2000 through and including 2009, Donna Mohlman's personal tax returns together with attachments and schedules, supporting documents including but not limited to W2 forms, K1 forms, 1099 forms, and other documents that show income and/or compensation, as well as any personal financial statements and/or loan applications given to and/or provided to any institution by Donna Mohlman and/or on her behalf.

    Objection. First, defendant objects because the request is overly broad, extremely burdensome, vague, ambiguous, unclear, and fails to describe with reasonable particularity any

Donna Mohlman's Response to Michiana Dairy Processors' Request for Production, Page 2

individual item or category of document, and is indeed harassing. It is an impermissible cast of the fishing line. Second, defendant objects as it seems to request "everything" relating to the personal finances of Defendant Donna Mohlman for the last ten years, when no judgment has been entered, no corporate veil has been pierced and Plaintiff has provided no evidence of any wrong doing on the part of Donna Mohlman. Subject to, and without waiver of the foregoing objections, Defendant Donna Mohlman hereby in good faith produces years 2003 and 2004 (redacted) of her Federal Income Tax Returns (Nevada has no state income tax returns) which is the year before/and of the alleged contract and the year subsequent to the alleged contract supposedly signed with Michiana Dairy Processors, LLC and All Star Beverages.

3. Copies of all checks and deposit slips relating to payments to Donna Mohlman from All Star Beverage and/or any other company owned or managed by Roger Mohlman, for the calendar years 2000 through and including 2009.

   Objection. The request is overly broad and burdensome, not defined by topic or time, and therefore also seeks irrelevant information and documents not reasonably calculated to lead to the discovery of admissible evidence, and fails to describe with reasonable particularity an individual item or category. Further, Defendant does not have copies of checks written by another party. Subject to, and without waiver of the foregoing objections, Defendant Donna Mohlman is not aware of any payment to Donna Mohlman from All Star Beverage or other companies owned/managed by Roger Mohlman and a diligent search of all her financial records does not reveal any checks or deposit slips evidencing such.

4. For any real estate in which Donna Mohlman had an interest in during calendar years 2000 through and including 2009, including but not limited to that shown in Exhibit A, the listing agreements, HUD closing statements, sales contracts, and other documents sufficient to show any funds paid from the purchase and/or sale of such property to Donna Mohlman and/or related.

   Objection. First, defendant objects as this request is overly broad, extremely burdensome, vague, ambiguous, unclear, and fails to describe with reasonable particularity any individual item or category of document. It seeks irrelevant documents. Second, defendant objects as it seems to be a fishing expedition. Third, defendant object it seems to request "everything" relating to the personal finances of Defendant Donna Mohlman.

5. For any trust that Donna Mohlman is a beneficiary, the trust document, a list of assets placed in each such trust, a list of assets dispersed in whole or in part from each such trust, any sales documents for the sale of any asset by each such trust and a copy of all checks paid to or out of each such trust.
   Objection: Defendant objects to this request as it seeks irrelevant documents. Subject to, and without waiver of the foregoing objection, Defendant Donna Mohlman is unaware of any trust of which she is the beneficiary and can provide no copies responsive to this request.

---

Donna Mohlman's Response to Michiana Dairy Processors' Request for Production, Page 3

6. Applications for membership to any clubs and/or social organizations for which Donna Mohlman has applied for membership and/or membership benefits.

   Defendant objects to this request as it seeks irrelevant documents. Subject to, and without waiver of the foregoing objection, Defendant Donna Mohlman is a member of the Stirling Club, 2827 Paradise, Las Vegas, Nevada 89109, 702-732-9700, and does not have any documents responsive to this request as membership documents are kept by the club.

7. For any corporation in which Donna Mohlman has been an interest holder, officer, incorporator, board member, director, managing member and/or Roger Mohlman and/or member, the articles of incorporation and/or or articles of organization and/or other organizational documents, the bylaws and/or operating agreement for any such corporation, the tax returns for calendar years 2000 to and including 2009 for any such corporations together with all attachments and/or schedules.

   Objection. First, defendant objects because the request is overly broad, extremely burdensome, vague, ambiguous, unclear, and fails to describe with reasonable particularity any individual item or category of document, and is indeed harassing. It is an impermissible cast of the fishing line. Second, defendant objects to this request as it seems to request "everything" relating to the personal finances of defendant Donna Mohlman for the last ten years, when no judgment has been entered, no corporate veil has been pierced and plaintiff has provided no evidence of any wrong doing on the part of Donna Mohlman. Third, defendant objects to this request because it seems to request documents from Donna Mohlman which apply to Roger Mohlman. Fourth, defendant objects to this request because she does not understand what documents plaintiff is asking for exactly. Subject to, and without waiver of the foregoing objections, Defendant Donna Mohlman will produce all responsive relevant documents in her control once Plaintiff clarifies what they want with specificity.

8. For any services, work, products and/or leases between All Star Beverage, Inc., and/or any related company and/or business and Donna Mohlman and/or any related entity including but not limited to a corporation and/or business in which Donna Mohlman and/or Roger Mohlman has been an interest holder, officer, incorporator, board member, director, managing member and/or member, provide the contract, lease, invoices and documentation of billing and payment, documentation of taxes paid for employees and payment of employee benefits, payroll documents, and any other documents that relate to the provision of goods, services, work, product, and/or leases.

   Objection. Again, first, defendant objects because the request is overly broad, extremely burdensome, vague, ambiguous, unclear, and fails to describe with reasonable particularity any individual item or category of document, and is indeed harassing. It is an impermissible cast of the fishing line. Second, defendant objects to this request as it seems to request "everything" relating to the personal finances of defendant Donna Mohlman for the last ten years, when no judgment has been entered, no corporate veil has been pierced and plaintiff has provided no evidence of any wrong doing on the part of Donna Mohlman. Third, defendant objects to this

Donna Mohlman's Response to Michiana Dairy Processors' Request for Production, Page 4

request because it seems to request documents from Donna Mohlman which apply to Roger Mohlman. Fourth, defendant objects to this request because she does not understand what documents plaintiff is asking for exactly. Subject to, and without waiver of the foregoing objections, Defendant Donna Mohlman will produce all responsive relevant documents in her control once Plaintiff clarifies what they want with specificity.

Respectfully submitted,
Donna Mohlman, pro se

*Donna Mohlman*
Donna Mohlman
8550 W. Desert Inn Road, Suite 102-151
Las Vegas NV 89117
702-858-706
donnamohlman@msn.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of January, 2010, a true and complete copy of the foregoing, along with the copies responsive to the requests, was sent by FedEx to:

Michael W. Back
Michael W. Back, P.C.
5521 W. Lincoln Highway, Suite 103
Crown Point, Indiana 46307

and by regular mail to:

Ivan B. Schwartz, Esq.
Law Offices of Ivan B. Schwartz
501 W. Broadway, Suite 1780
San Diego CA 92101

James B. Meyer
Rebecca Wyatt
Meyer & Wyatt, P.C.
363 South Lake Street
Gary, Indiana 46403

*Donna Mohlman*
Donna Mohlman

---

Donna Mohlman's Response to Michiana Dairy Processors' Request for Production, Page 5