# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

### APPEARANCE

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:09-CV-0039-prc |
| | ) |
| ALL STAR BEVERAGES, INC., et al. | ) |
| | ) |
| Defendants. | ) |

To the Clerk of this Court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.  I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for John Doe #1 (springroll), John Doe #2 (Risicare), John Doe #3 (Greedy Malone), and John Doe #4 (LV Truthseeker), collectively the "John Doe Class").

 02/08/2010  
*Date*

/s/ Paul B. Poracky  
*Signature*

 Paul B. Poracky  
*Print Name*

 10899-45  
*Indiana Attorney Registration Number*

 425 Joliet Street, Suite 425  
*Address*

 Dyer      Indiana      46311  
*City      State      Zip Code*

 (219) 865-6700  
*Phone Number*

 (219) 865-5840  
*Fax Number*

 PPoracky@KBlegal.net  
*Email Address*