FILED

*Donna Mohlman*
*8550 W. Desert Inn Road #102-151*
*Las Vegas, Nevada 89117*
*(702) 858-7063*
donnamohlman@msn.com

2010 FEB 11   AM 11: 55

CLERK
U.S. DISTRICT
FOR THE DISTRICT
OF INDIANA

February 10, 2010

US Clerk
US District Court—Northern District
5400 Federal Plaza
Hammond IN 46320

in re:  Michiana Dairy Processors, LLC v. All Star Beverages et al 2:09-CV-039 PRC

Dear Ladies and Gentlemen:

Enclosed please find copies of the subpoenas I had signed by the Clerk of the Court in the
Northern District of Florida for Investorshub.com, Inc.  I'm filing these with you as a
courtesy copy.

Sincerely,

Donna Mohlman

Page 1