IVAN B. SCHWARTZ, Esq   (PHV)
LAW OFFICES OF IVAN B. SCHWARTZ
501 West Broadway, Suite 1780
San Diego, CA 92101
Telephone (619) 687-5052
Facsimile  (619) 239-1297

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS, LLC ) | CASE NO. 2:09-cv-00039-PRC |
| ) | Judge Paul R. Cherry |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT/CROSS-COMPLAINANT** |
| ) | **ALL STAR BEVERAGES'S NOTICE OF** |
| ROGER MOHLMAN, *et al.*, ) | **JOINDER OF DONNA MOHLMAN'S** |
| ) | **EMERGENCY APPLICATION TO STAY** |
| Defendants. ) | **THIRD PARTY MARY KREVOSH'S** |
| ) | **DEPOSITION, DECLARATION OF IVAN** |
| ) | **SCHWARTZ** |
| AND RELATED CROSS-ACTIONS ) | |
| ) | |

TO THE HONORABLE COURT AND TO ALL PARTIES BY AND THROUGH THEIR

RESPECTIVE ATTORNEYS OF RECORD:

Notice is hereby given that Defendant/Cross-Complainant ALL STAR BEVERAGES, INC.

hereby joins Pro Se Defendant/Cross-Complainant DONNA MOHLMAN'S EMERGENCY

APPLICATION TO STAY THIRD PARTY MARY KREVOSH'S DEPOSITION.  Due to the

emergency nature of her request, and her inability to file electronically, Ms. Mohlman's Motion and

Declaration are filed concurrently with this Notice of Joinder.

ALL-STAR's joinder is based on the information set forth in the Declaration of Ivan Schwartz.

Certification of Compliance with Local Rule 37.1 is also filed concurrently.

|  |  |
|---|---|
| Dated February 24, 2010 | LAW OFFICES OF IVAN B. SCHWARTZ<br><br>_____<br>Ivan B. Schwartz , Attorney<br>ALL STAR BEVERAGES, INC. |