UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS LLC,  )<br>      Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ALL STAR BEVERAGE, INC., ROGER  )<br>MOHLMAN, PRIME STAR GROUP, INC. f/k/a  )<br>AMERICAN WATER STAR, INC., ALL STAR  )<br>BEVERAGE OF ARIZONA, INC., GEYSER  )<br>BEVERAGES, INC., HAWAIIAN TROPICALS,  )<br>INC., and DONNA MOHLMAN,  )<br>      Defendants.  )  | CAUSE NO.: 2:09-CV-39-PRC |

**ORDER**

This matter is before the Court on Four Non-Party John Does' Joint Motion to Quash Four Separate Subpoena's to Produce Documents [DE 116], filed on February 8, 2010, seeking to quash subpoenas issued from the United States District Court for the Northern District of Indiana on non-party witnesses in Florida for depositions in Nevada. In her February 17, 2010 response, pro se defendant Donna Mohlman advises the Court that she has since had subpoenas issued from the United States District Court for the Northern District of Florida, mooting the relief requested in the motion to quash. The movants have not filed a reply brief, and the time to do so has passed.

Accordingly, the Court hereby **DENIES as moot** the Four Non-Party John Does' Joint Motion to Quash Four Separate Subpoena's to Produce Documents [DE 116].

SO ORDERED this 4th day of March, 2010.

                                                    s/ Paul R. Cherry
                                                  MAGISTRATE JUDGE PAUL R. CHERRY
                                                  UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Pro se Defendant Donna Mohlman