5521 West Lincoln Highway
SUITE 103
CROWN POINT, IN 46307
(219) 750-9304
(219) 750-9329 (FAX)



## MICHAEL W. BACK
### Attorney at Law

# Fax

| | | | |
|---|---|---|---|
| To: | Ivan B Schwartz,/Geoff Giorgi/ James Meyer and Rebecca Wyatt/ Jared D. Christensen/Lyle Hardman | From: | MICHAEL W. BACK |
| Fax: | 619.239.1297/ 219.738.1141/ 219.939.3070/702.870.3950/ 574.232.9736 | Pages | 2 |
| Phone | | Date: | 3/17/2010 |
| Re: | Michiana v. All Star | CC: | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

Dear Mr. Schwartz:

I have asked you repeatedly to tone down your communications so that you are conducting yourself as is expected for practice in the federal courts. Your fax to Mr. Christensen of today is another lapse in conduct in my opinion.

My office today received a call from your court reporter regarding the depositions listed below. As to those depositions;



March 17, 2010

1. As to the Deposition of Donald Krevosh set for March 26, 2010 at 10:00a.m. Las Vegas time. I am available and if you provide the appropriate videoconference facilities at your cost will participate via my office's videoconference assuming the dep notice is not quashed. Again, I do not believe that Mr. Krevosh has any information regarding this case and believe this is merely a further attempt to harass the Krevoshes.
2. The Deposition of Fred Kennedy on March 25th for which I am unavailable the entire day.
3. The Deposition of Jerry Ludeman on March 25th for which I am unavailable the entire day.

And, it does not appear that I ever received deposition notices for either Jerry Ludeman nor Fred Kennedy. I am responding to a phone message from Shelburne Sherr Court Reporters.

Thank You

Michael W. Back

### PRIVILEGED AND CONFIDENTIAL TRANSMISSION

The information contained in this fax is attorney privileged and confidential information intended only for the use of the persons or entity stated above. Any dissemination, distribution or copy of this communication by anyone other than the intended receiver is strictly prohibited.

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 03/17/2010 17:45
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : D8N199117


DATE,TIME               03/17 17:45
FAX NO./NAME            16192391297
DURATION                00:00:28
PAGE(S)                 02
RESULT                  OK
MODE                    STANDARD
                        ECM
```

5521 West Lincoln Highway
SUITE 103
CROWN POINT, IN 46307
(219) 750-9304
(219) 750-9329 (FAX)

**MICHAEL W. BACK**
Attorney at Law

# Fax

| | | | |
|---|---|---|---|
| To: | Ivan B Schwartz/Geoff Giorgi/ James Meyer and Rebecca Wyatt/ Jared D. Christensen/Lyle Hardman | From: | MICHAEL W. BACK |
| Fax: | 619.239.1297/ 219.738.1141/ 219.939.3070/702.870.3950/ 574.232.9736 | Pages | 2 |
| Phone | | Date: | 3/17/2010 |
| Re: | Michiana v. All Star | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

Dear Mr. Schwartz: