1  Ivan B. Schwartz, *PRO HAC VICE*
   **LAW OFFICES OF IVAN B. SCHWARTZ**
2  501 W. Broadway, Suite 1780
   San Diego, California 92101
3  Telephone: (619) 687-5052

4  Attorneys for Defendants/Cross-Complainants
   ALL STAR BEVERAGES, INC., *et al.*
5

6

7                    UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

9

10  MICHIANA DAIRY PROCESSORS, LLC      ) CASE NO. 2:09-cv-00039-PPS-PRC
                                        ) Judge Phillip P. Simon
11               Plaintiff,             )
                                        ) **NOTICE OF TAKING OF ORAL**
12  v.                                  ) **DEPOSITION OF FRED KENNEDY**
                                        )
13  ROGER MOHLMAN, *et al.*,            )
                                        )
14               Defendants.            )
                                        )
15                                      )
    AND RELATED CROSS-ACTIONS           )
16  _____  )

17  TO ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:

18       PLEASE TAKE NOTICE that Defendant All Star Beverage, through their attorney of record,

19  Law Offices of Ivan B. Schwartz, will take the oral deposition of **FRED KENNEDY** beginning at

20  **1:30 p.m. on March 26, 2010**, under oath, before a certified court reporter, at DEPOS

21  INTERNATIONAL (Lauri Webb & Assoc.) 517 9th Street, Las Vegas, NV 89101.

22       Should any party desire to have videoconferencing access to the deposition, please contact

23  Teresa at Shelburne Sherr Court Reporters (619) 234-9100 to make arrangements for this service.

24  Dated: 3/18/10            LAW OFFICES OF IVAN B. SCHWARTZ

25

26                     By: _____

27                         Ivan B. Schwartz, Attorney for Corporate Defendant
                           ALL STAR BEVERAGES, *et al.*
28

1  Ivan B. Schwartz, *PRO HAC VICE*
   **LAW OFFICES OF IVAN B. SCHWARTZ**
2  501 W. Broadway, Suite 1780
   San Diego, California 92101
3  Telephone: (619) 687-5052

4  Attorneys for Defendants/Cross-Complainants
   ALL STAR BEVERAGES, INC., *et al.*

5

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

9

10 MICHIANA DAIRY PROCESSORS, LLC  )  CASE NO. 2:09-cv-00039-PPS-PRC
                                   )  Judge Phillip P. Simon
11          Plaintiff,              )
                                   )  **NOTICE OF TAKING OF ORAL**
12 v.                              )  **DEPOSITION OF JERRY LUDEMAN**
                                   )
13 ROGER MOHLMAN, *et al.*,        )
                                   )
14          Defendants.             )
                                   )
15 ─────────────────────────────   )
                                   )
   AND RELATED CROSS-ACTIONS       )
16                                  )

17 TO ALL PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD:

18 PLEASE TAKE NOTICE that Defendant All Star Beverage, through their attorney of record,

19 Law Offices of Ivan B. Schwartz, will take the oral deposition of **JERRY LUDEMAN** beginning

20 **at 10:00 a.m. on March 26, 2010**, under oath, before a certified court reporter, at DEPOS

21 INTERNATIONAL (Lauri Webb & Assoc.) 517 9th Street, Las Vegas, NV 89101.

22 Should any party desire to have videoconferencing access to the deposition, please contact

23 Teresa at Shelburne Sherr Court Reporters (619) 234-9100 to make arrangements for this service.

24 Dated: 3/18/10          LAW OFFICES OF IVAN B. SCHWARTZ

25

26                         By: [signature]

27                         Ivan B. Schwartz, Attorney for Corporate Defendant
                           ALL STAR BEVERAGES, *et al.*
28

MICHIANA v. MOHLMAN, *et al.*
NOTICE OF TAKING OF ORAL DEPOSITION [FRCP 30]          1          2:09-cv-00039-PPS-PRC

MICHIANA DAIRY PROCESSORS, INC. v. ALL STAR BEVERAGE, INC. et al
USDC Northern Indiana, Hammond District Case No. CASE NO. 2:09-cv-00039-PPS-PRC

**PROOF OF SERVICE (1013A, 2015.5 C.C.P)**

I, the undersigned, declare:

I am, and was at the date and time of service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My business address is 501 West Broadway, Suite 1780 San Diego, CA 92101, and I am employed in San Diego, California.

I served the foregoing documents:

on the date herein below shown, by

( XX ) **BY MAIL** - placing for collection and deposit in the United States Koll Center 501 West Broadway, Suite 1780 San Diego, CA 92101, to each addressee I placed such envelope with postage fully prepaid on the respective envelopes, addressed to:

(   ) **BY FEDEX TRACKING NO.**

SEE ATTACHED SERVICE LIST

( XX ) **BY FAX** - I served such documents by fax from San Diego, CA, to the fax number provided by each of the parties in this litigation - SEE ABOVE. I received a confirmation sheet indicating that the fax was successfully completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 18, 2010, at San Diego, California.

DATED: March 18, 2010

LAW OFFICES OF IVAN B. SCHWARTZ

Ivan B. Schwartz, Attorney for
CORPORATE DEFENDANTS/CROSS-COMPLAINANTS

1  MICHIANA DAIRY PROCESSORS, INC. v. ALL STAR BEVERAGE, INC. et al
2  USDC Northern Indiana, Hammond District Case No. CASE NO. 2:09-cv-00039-PPS-PRC

3  **PROOF OF SERVICE (1013A, 2015.5 C.C.P)**
   SERVICE LIST
4
5  Michael W. Back, Esq.
   5521 W. Lincoln Hwy, Suite 103
6  Crown Point, IN 46307
   Sent Via Fax (219) 750-9329
7
8  Jared Christensen, Esq.
   BARRON & PRUITT
9  3890 West Ann Road
   North Las Vegas, NV 89031
10 Sent Via Fax (702) 870-3940

11
   Mr. Tim Kelly, Esq.
12 Mr. Aaron C. Giorgi, Esq.
   KELLEY LAW OFFICES
13 5521 W. Lincoln Hwy, Suite 103
   Crown Point, IN 46307
14 Sent Via Fax (219) 791-0707

15
   Mr. Geoffrey G. Giorgi, Esq.
16 9205 Broadway, Suite B
   Merrillville, IN 46410
17 Sent Via Fax (219) 738-1141

18
   cc:
19 Donna Mohlman
   8550 W. Desert Inn Road, Suite 102-151
20 Las Vegas, NV 89117
21 *Sent Via e-mail to DonnaMohlman@msn.com*

22

23

24

25

26

27

28