JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Phone: (702) 870-3940
Fax:    (702) 870-3950
Email: jchristensen@lvnvlaw.com
*Counsel for Donald Krevosh Pro Hac Vice*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN INDIANA

\*\*\*\*\*\*

MICHIANA DAIRY PROCESSORS, LLC,

        Plaintiff,

v.

STAR BEVERAGE, INC. ET AL,

        Defendant.

Case No.  2:09-CV-0039-PRC

**DONALD KREVOSH'S JOINDER TO
MOTION FOR PROTECTIVE ORDER**

COMES NOW, DONALD KREVOSH, by and through his attorneys, Barron & Pruitt, LLP, hereby joins the MOTION FOR PROTECTIVE ORDER filed by Michiana Dairy Processors, LLC and hereby adopts the same legal arguments and grounds as stated in the Points and Authorities filed in support of said Motion.

BARRON & PRUITT, LLP

JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
3890 West Ann Road
North Las Vegas, Nevada 89031
*Counsel for Donald Krevosh Pro Hac Vice*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of March, 2010, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which sent notification of such filing to the

following:

John B Meyer and Rebecca L. Wyatt
MEYER & WYATT PC
363 South Lake St.
Gary, IN 46403
jmeyer@meyerwyattpc.com
rwyatt@meyerwyattpc.com

Ivan B. Schwartz
Law Offices of Ivan B. Schwartz
501 Broadway, Suite 1780
San Diego, CA 92101
IBSESQ@aol.com

Tim Kelly and
Aaron C. Giorgi
5521 West Lincoln Highway, Suite 101
Crown Point, IN 46307
tfk@kelly-lawyers.com,
lms@kelly-lawyers.com
acg@kelly-lawyers.com

Lyle Hardman
HUNT SUEDHOFF KALAMAROS, LLP
120 West LaSalle Ave 12 Floor
South Bend, IN 46634-4156
lhardman@hsk-law.com

Geoff Giorgi
ATTORNEY AT LAW
9205 Broadway, Suite B
Merrillville, IN 46410
giorgilaw@gmail.com,
n.kracichwaters@gmail.com

Paul Poracky KORANSKY & BOUWER, PC
425 Joliet Street, Suite 425
Dyer, IN 46311
PPoracky@KBLegal.net

Michael Back
MICHAEL W. BACK, P.C.
5521 West Lincoln Hwy., Suite 103
Crown Point, IN 46307
mback@mbacklaw.com

An Employee of BARRON & PRUITT, LLP

- 2 -