# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS LLC, )<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>ALL STAR BEVERAGE, INC., ROGER )<br>MOHLMAN, PRIME STAR GROUP, INC. f/k/a )<br>AMERICAN WATER STAR, INC., ALL STAR )<br>BEVERAGE OF ARIZONA, INC., GEYSER )<br>BEVERAGES, INC., HAWAIIAN TROPICALS, )<br>INC., and DONNA MOHLMAN, )<br>      Defendants. ) | CAUSE NO.: 2:09-CV-39-PRC |

## ORDER

This matter is before the Court on an Emergency Motion to Quash Deposition Notices and Motion for Protective Order [DE 141], filed by Plaintiff on March 22, 2010, and re-filed by Plaintiff as a Motion for Protective Order [DE 143] and Emergency Motion to Quash Deposition Notices [DE 144] on March 23, 2010. Defendant All Star Beverage Inc. filed a response brief, as [DE 145] and [DE 146], in opposition to the Motions on March 23, 2010. On March 24, 2010, Donald F. Krevosh filed a Joinder to Motion for Protective Order [DE 147], joining in Plaintiff's Motion for Protective Order.

Given that Plaintiff refiled its joint motion as individual motions on March 23, 2010, the Court **DENIES as moot** the Emergency Motion to Quash Deposition Notices and Motion for Protective Order [DE 141].

In the instant Motion for Protective Order and Emergency Motion to Quash Deposition Notices[1] Plaintiff represents that counsel for Defendants, Ivan Schwartz, served Notices of Taking Oral Depositions of Fred Kennedy and Jerry Ludeman in Las Vegas, Nevada on March 26, 2010,

---

[1] Although Plaintiff filed two separate motions, except for their titles, they are verbatim copies of each other and request the same relief.

without attempting to coordinate the deposition date with counsel for Plaintiff. Plaintiff further represents that Attorney Lyle Hardman coordinated Mary Krevosh's deposition, which occurred without any problem, and that Plaintiff's counsel arranged for facilities for Attorney Schwartz and Defendant Mohlman to participate in a deposition via video conference, at no cost to them, but when he asked for the same arrangements for Donald Krevosh's deposition, Attorney Schwartz allegedly refused to do so and demanded that Plaintiff pay for the costs of the deposition.

Accordingly, Plaintiff requests in the instant Motions that the Court (1) quash the deposition notices for Fred Kennedy and Jerry Ludeman, (2) order that for all future depositions, the party noticing or taking the deposition be responsible for providing the deposition to opposing counsel via video conference, with the same conditions that the Court required of Plaintiff in its February 25, 2010 Order, and the party taking the deposition be responsible for the deposition costs, (3) order Attorney Hardman to coordinate and schedule all depositions in this matter as long as he is counsel of record, and (4) admonish and sanction the Defendant Corporations.

The Court held a telephonic Motion Hearing on March 24, 2010, during which the parties participated via counsel. After hearing counsel's arguments and objections, the Court hereby **GRANTS in part and DENIES in part** the Motion for Protective Order [DE 143] and Emergency Motion to Quash Deposition Notices [DE 144] and **ORDERS**:

(1) Defendant All Star Beverage Inc.'s objections are **SUSTAINED**;

(2) The Court declines to quash the deposition notices of Fred Kennedy and Jerry Ludeman;

(3) For all future depositions in this case, the party scheduling or noticing the deposition must provide video conferencing capability if any other attorney requests to have that capability;

(4) All future deposition dates and times shall be scheduled and coordinated by Attorney Lyle Hardman;

(5) Pursuant to Federal Rule of Civil Procedure 30(b)(3)(B), the party that would otherwise bear costs for traveling to a deposition will also bear the costs for participating in a deposition via video conference; and

(6) The Court **DENIES** Plaintiff's request for sanctions.

SO ORDERED this 25th day of March, 2010.

        s/ Paul R. Cherry
        MAGISTRATE JUDGE PAUL R. CHERRY
        UNITED STATES DISTRICT COURT

cc:   All counsel of record