UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **MICHIANA DAIRY PROCESSORS LLC,**     ) | |
|                                         ) | |
|    **Plaintiff,**                       ) | |
|                                         ) | |
| vs.                                     ) | **CASE NO.: 2:09-CV-39-PRC** |
|                                         ) | |
| **ALL STAR BEVERAGE, INC., ROGER**      ) | |
| **MOHLMAN, PRIME STAR GROUP, INC.,**    ) | |
| **f/k/a AMERICA WATER STAR, INC., ALL** ) | |
| **STAR BEVERAGE OF ARIZONA, INC.,**     ) | |
| **GEYSER BEVERAGES, INC., HAWAIIAN**    ) | |
| **TROPICALS, INC., and DONNA MOHLMAN,** ) | |
|                                         ) | |
|    **Defendants.**                      ) | |

## NOTICE OF APPOINTMENT OF MEDIATOR

Come now, the Plaintiff Michiana Dairy Processors LLC, by counsel Michael W. Back, and the Defendants, All Star Beverage, Inc., Roger Mohlman, Prime Star Group, Inc., f/k/a America Water Star, Inc., All Star Beverage of Arizona, Inc., Geyser Beverages, Inc., Hawaiian Tropicals, Inc., and Donna Mohlman, by counsel Lyle R. Hardman, that all parties have agreed to the appointment of Spence Walton to serve as mediator in this case.

Respectfully submitted,

HUNT, SUEDHOFF, KALAMAROS, L.L.P.
/s/ Lyle R. Hardman
Lyle R. Hardman (#16056-49)
Counsel for the Defendants
120 W. LaSalle Ave., Twelfth Floor
P.O. Box 4156
South Bend, Indiana 46634-4156
Telephone: (574) 232-4801
Facsimile: (574) 232-9736

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing Notice of Appointment of Mediator was served upon:

Michael W. Back, P.C.
Aaron Christopher Giorgi
Timothy F. Kelly
Kelly Law Offices
5521 Lincoln Highway, Suite 103
Crown Point, IN  46307

James B. Meyer
Rebecca L. Wyatt
Meyer & Wyatt PC
363 South Lake Street
Gary, IN 46403

Ivan B. Schwartz PHV
Law Offices of Ivan B. Schwartz
501 West Broadway, Suite 1780
San Diego, CA 92101

Geoffrey G Giorgi
Law Office of Georffrey G. Giorgi
9205 Broadway, Suite B
Merrillville, IN 46410

Jared G. Christensen PHV
Baron & Pruitt LLP
3890 West Ann Road
North Las Vegas, NV 89031

Paul B. Poracky
Koransky & Bouwer PC
425 Joliet Street, Suite 425
Dyer, IN 46311

via electronic mail using ECF/Pacer, this 31st day of March, 2010.

/s/ Lyle R. Hardman
Lyle R. Hardman (#16056-49)