UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:09-CV-0039-PRC |
| ) | |
| ALL STAR BEVERAGES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### PETITION TO JOIN IN MOTION TO QUASH

Joshua Doe, by counsel, requests leave of Court to join in the motion to quash filed on April 6, 2010 [Docket Entry 152]. In support of this request, he states:

1. Joshua Doe is a participant in the discussion forums located within the InvestorsHub.com web site, as discussed in the motion.

2. Joshua Doe uses the alias "springroll" as his user name at the web site.

3. Joshua Doe is one of the individuals targeted by the subpoena challenged in the motion to quash.

4. The granting of this petition would not prejudice the party that issued the subpoena, which has a response deadline of April 15, 2010.

                                                    Respectfully submitted,

                                                    s/ William L. Wilson
                                                    William L. Wilson, Indiana Bar No. 16245-71
                                                    ANDERSON, AGOSTINO & KELLER, P.C.
                                                    131 South Taylor Street
                                                    South Bend, IN  46601
                                                    (574) 288-1510 Tel.
                                                    (815) 550-9947 Fax
                                                    wilson@aaklaw.com

                                                    *Attorney for Messrs. Doe*

1

2

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the following was served upon:

| | |
|---|---|
| J. Craig Knox, Esq.<br>Andrews, Crabtree, Knox & Andrews<br>1558 Village Square Boulevard<br>Tallahassee, FL  32309<br>cknox@ackalaw.com | Lyle R. Hardman, Esq.<br>Hunt Suedhoff Kalamaros, LLP<br>P.O. Box 4156<br>South Bend, IN  46634-4156<br>lhardman@hsk-law.com |

by electronic mail delivery and United States Mail, postage prepaid, on April 7, 2010.

                              s/ William L. Wilson
                              William L. Wilson