# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS LLC, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALL STAR BEVERAGE, INC., ROGER ) <br> MOHLMAN, PRIME STAR GROUP, INC. f/k/a ) <br> AMERICAN WATER STAR, INC., ALL STAR ) <br> BEVERAGE OF ARIZONA, INC., GEYSER ) <br> BEVERAGES, INC., HAWAIIAN TROPICALS, ) <br> INC., and DONNA MOHLMAN, ) <br> Defendants. ) | CAUSE NO.: 2:09-CV-39-PRC |

## ORDER

This matter is before the Court on a Motion to Quash Subpoena [DE 151] and a Petition to Join in Motion to Quash [DE 152]. The Motion to Quash concerns a subpoena issued by the United States District Court for the Northern District of Florida. Parties advise the Court that the Motion to Quash Subpoena has also been filed in the Northern District of Florida. Federal Rule of Civil Procedure 45(c)(3) provides that it is the "issuing court" that rules on a motion to quash subpoena.

Accordingly, the Court **DENIES** the Motion to Quash Subpoena [DE 151] as it is properly before the court in the Northern District of Florida and, thus, **DENIES** the Petition to Join in Motion to Quash [DE 152].

SO ORDERED this 7th day of April, 2010.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc:   All counsel of record