UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS LLC,       )<br>          Plaintiff,                                          )<br>                                                                  )<br>     v.                                                          )<br>                                                                  )<br>ALL STAR BEVERAGE, INC., ROGER      )<br>MOHLMAN, PRIME STAR GROUP, INC. f/k/a )<br>AMERICAN WATER STAR, INC., ALL STAR )<br>BEVERAGE OF ARIZONA, INC., GEYSER   )<br>BEVERAGES, INC., HAWAIIAN TROPICALS, )<br>INC., and DONNA MOHLMAN,                 )<br>          Defendants.                                       ) | CAUSE NO.: 2:09-CV-39-PRC |

**ORDER**

This matter is before the Court on a Motion to Extend Discovery Cutoff Dates and Related Dates [DE 156], filed by Plaintiff on April 15, 2010. Defendants did not file a response, and the time to do so has passed. On May 5, 2010, Plaintiff filed a Supplement to the motion. The motion asks only for an extension of the April 30, 2010 discovery deadline, but does not ask for an extension of the May 28, 2010 dispositive motion and *Daubert* deadlines.

Finding the motion well taken and noting the lack of objection, the Court hereby **GRANTS** the Motion to Extend Discovery Cutoff Dates and Related Dates [DE 156] and **ORDERS** that the discovery deadline is extended to **June 30, 2010**.

In light of the October 8, 2010 final pretrial conference and the November 8, 2010 bench trial setting, any further requests for an extension of this deadline will be viewed with disfavor.

SO ORDERED this 5th day of May, 2010.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc:     All counsel of record