IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| MICHIANA DAIRY PROCESSORS, LLC ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:09-CV-39-PPS-PRC |
| ) | |
| ALL STARS BEVERAGE, INC. and ) | |
| ROGER MOHLMAN, AMERICAN ) | |
| WATER STAR, INC., ALL STAR ) | |
| BEVERAGE OF ARIZONA, INC., ) | |
| GEYSER BEVERAGE INC., HAWAIIAN ) | |
| TROPICAL, INC., DONNA MOHLMAN ) | |
| ) | |
|     Defendants. ) | |
| ) | |
| ALL STAR BEVERAGE, INC. and ) | |
| ROGER MOHLMAN ) | |
|     COUNTER-CLAIMANTS, ) | |
| v. ) | |
| MICHIANA DAIRY PROCESSORS, LLC ) | |
|     COUNTER-DEFENDANTS. ) | |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Defendants, All Star Beverage, Inc., Roger Mohlman, American Water Star, Inc., All Star Beverage of Arizona, Inc., Geyser Beverage Inc., Hawaiian Tropical, Inc. and Donna Mohlman, respectfully request the Court to extend the current dispositive motion deadlines up to and including July 15, 2010. In support of this motion Defendants state as follows:

1. The current dispositive motion deadline is May 28, 2010.

2. On April 15, 2010, Plaintiff filed a Motion to Extend Discovery Cutoff Dates and Related Dates by sixty (60) days.

3. On May 5, 2010, the Court issued an order extending the discovery deadline from April

1

30, 2010 to June 30, 2010.

4. The current dispositive motion deadline is prior to the close of discovery.

5. Extension of the dispositive motion deadline would not prejudice the Plaintiff as the discovery deadline has been extended.

6. Defense counsel contacted Plaintiff's counsel, who has voiced an objection to the requested extension as he believes it is unnecessary.

WHEREFORE, Defendants respectfully request that the current dispositive motion deadline be extended, up to and including July 15, 2010, and for all other relief that is just and right in the premise.

HUNT SUEDHOFF KALAMAROS, LLP

By: /s/ Lyle R. Hardman
Lyle R. Hardman (#16056-49)
Attorney for Defendants, All Stars Beverage, Inc.
and Roger Mohlman, American Water Star, Inc.,
All Star Beverage of Arizona, Inc., Geyser
Beverage Inc., Hawaiian Tropical, Inc., Donna
Mohlman
120 West La Salle Ave. 12th Floor
Post Office Box 4156
South Bend, IN 466341-4156
Telephone: (574) 232-4801

## **CERTIFICATE OF SERVICE**

       I, certify that a true and correct copy of the above and foregoing was served upon:

Michael W. Back, P.C.
Aaron Christopher Giorgi
Timothy F. Kelly
Kelly Law Offices
5521 Lincoln Highway, Suite 103
Crown Point, IN  46307

James B. Meyer
Rebecca L. Wyatt
Meyer & Wyatt PC
363 South Lake Street
Gary, IN 46403

Ivan B. Schwartz PHV
Law Offices of Ivan B. Schwartz
501 West Broadway, Suite 1780
San Diego, CA 92101

Geoffrey G Giorgi
Law Office of Georffrey G. Giorgi
9205 Broadway, Suite B
Merrillville, IN 46410

Jared G. Christensen PHV
Baron & Pruitt LLP
3890 West Ann Road
North Las Vegas, NV 89031

Paul B. Poracky
Koransky & Bouwer PC
425 Joliet Street, Suite 425
Dyer, IN 46311

via United States mail, first class, postage paid, this  20th   day of May, 2010.

                                            /s/ Lyle R. Hardman
                                            Lyle R. Hardman (#16056-49)